United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle R Harrigan  
      Debtor

Case No. 14-10652-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jul 21, 2016  
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2016.  
db          +Danielle R Harrigan,    1827 S 23rd Street,    Philadelphia, PA 19145-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2016                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2016 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
         BRAD J. SADEK    on behalf of Debtor Danielle R Harrigan brad@sadeklaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services amps@manleydeas.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                                                                                    TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Danielle R. Harrigan  <br>*Debtor* | CHAPTER 13 |
| LOANDEPOT.COM, LLC  <br>*Movant*  <br>vs.  <br>Danielle R. Harrigan  <br>*Debtor*  <br>William C. Miller Esq.  <br>*Trustee* | NO. 14-10652 AMC  <br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtor's residence is **$5,712.35,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | January 2016 through March 2016 at $781.99 each  <br>April 2016 through May 2016 at $780.97 each  <br>June 2016 at $778.44 |
| Fees & Costs Relating to Motion: | $1,026.00 |
| **Total Post-Petition Arrears** | **$5,712.35** |

2. Debtor shall cure said arrearages in the following manner;

   a). Beginning July 2016 and continuing through December 2016, until the arrearages are cured, Debtor shall pay the present regular monthly payment of **$778.44** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$952.06** towards the arrearages on or before the last day of each month at the address below;

Cenlar FSB  
425 Phillips Blvd  
Ewing, NJ 08618

   b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should debtor provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: July 5, 2016   By: /s/ Joshua I. Goldman Esquire
Joshua I. Goldman, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 7/5/16

Brad J. Sadek, Esq.
Attorney for Debtor

Approved by the Court this 21st day of July, 2016. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Ashely M. Chan