# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Danielle R. Harrigan
                      Debtor

loanDepot.com
                  v.
Danielle R. Harrigan
                and
William C. Miller Esq.
                  Trustee

Chapter 13

NO. 14-10652 AMC

## **ORDER**

AND NOW, this _____ day of _____, 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 21, 2016 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005(The Code) 11 U.S.C. Section 362 (if applicable), is modified to allow loanDepot.com and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1827 South 23rd Street Philadelphia, PA 19145.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: January 26, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list

Danielle R. Harrigan
1827 S 23rd Street
Philadelphia, PA 19145

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 302
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532