United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-10652-amc
Danielle R Harrigan                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: DonnaR              Page 1 of 1              Date Rcvd: Jan 27, 2017
                               Form ID: pdf900           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 29, 2017.
db             +Danielle R Harrigan,    1827 S 23rd Street,    Philadelphia, PA 19145-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 27, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Danielle R Harrigan brad@sadeklaw.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Danielle R. Harrigan<br>                          Debtor<br><br>loanDepot.com<br>                    v.<br>Danielle R. Harrigan<br>                    and<br>William C. Miller Esq.<br>                          Trustee | Chapter 13<br><br><br>NO. 14-10652 AMC |

### ORDER

AND NOW, this            day of                    , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on July 21, 2016  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005(The Code) 11 U.S.C. Section 362 (if applicable), is modified to allow loanDepot.com and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1827 South 23rd Street Philadelphia, PA 19145.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: January 26, 2017**

_____
United States Bankruptcy Judge.

cc: See attached service list

Danielle R. Harrigan
1827 S 23rd Street
Philadelphia, PA 19145

William C. Miller Esq.
111 S. Independence Mall (VIA ECF)
Suite 583
Philadelphia, PA 19106

Brad J. Sadek Esq.
1315 Walnut Street (VIA ECF)
Suite 302
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532