## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Danielle R. Harrigan** | : Chapter 13 |
| | : |
| | : Bankruptcy Case No:  14-10652 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on February 9, 2017, I served a true and correct copy of the <u>Motion to Reconsider the January 26, 2017 Order Modifying the Automatic Stay</u> by electronic delivery or Regular US Mail on all creditors and the following parties:

JOSHUA ISAAC GOLDMAN
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

Very Truly Yours,

February 9, 2017

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire