United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Danielle R Harrigan  
    Debtor

Case No. 14-10652-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Jun 06, 2017  
                    Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2017.  
db            +Danielle R Harrigan,    1827 S 23rd Street,    Philadelphia, PA 19145-1937

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2017                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2017 at the address(es) listed below:  
       ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com, bkgroup@kmllawgroup.com  
       BRAD J. SADEK    on behalf of Debtor Danielle R Harrigan brad@sadeklaw.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
       KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services amps@manleydeas.com  
       THOMAS I. PULEO    on behalf of Creditor    LoanDepot.com tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                   TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Danielle R Harrigan | : Chapter 13 |
| | : |
| Debtor (s) | : Case No.: 14-10652AMC |

## ORDER GRANTING DEBTOR'S MOTION TO MODIFY PLAN AFTER CONFIRMATION

AND NOW, this __6th__ day of __June__, 2017 upon consideration of the Motion to Modify Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

FURTHER ORDERED:

_____
Hon. Ashely M. Chan