United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 14-10652-amc
Danielle R Harrigan    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 2    Date Rcvd: May 15, 2019
                    Form ID: 138NEW    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2019.

```
db             +Danielle R Harrigan,    1827 S 23rd Street,    Philadelphia, PA 19145-1937
cr              Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA  50306-0438
13233483       +AES,    P.O. Box 2461,    Harrisburg, PA 17105-2461
13233484       +AES/NCT,    1200 N 7th St,    Harrisburg, PA 17102-1419
13233486      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citibank N.A.,     50 Northwest Point Road,
                 Elk Grove Village, IL 60007)
13526020       +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
13352067       +National Collegiate Trust,    Po Box 4941,    Trenton, NJ 08650-4941
13233490       +P S E C U,    P.O. Box 1006,    Harrisburg, PA 17108-1006
13263613       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
13375934       +Sadek and Cooper,    1315 Walnut Street,    Suite 302,    Philadelphia, PA 19107-4705
13260705       +WELLS FARGO BANK, N.A.,    PO BOX 10438,    MAC: X2505-036,    DES MOINES, IA 50306-0438
13249555        Wells Fargo Bank NA,    PO Box 10438,    Des Moines IA  50306-0438
13233491       +Wells Fargo Bank NV N.A.,    P.O. Box 94435,    Albuquerque, NM 87199-4435
13261463        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
13233492       +Wells Fargo Dealer Services,    P.O. Box 1697,    Winterville, NC 28590-1697
13233493       +Wells Fargo Financial National Bank,    P.O. Box 94498,    Las Vegas, NV 89193-4498
13358049       +loanDepot.com,    c/o Cenlar FSB,    425 Phillips Boulevard,    Ewing, NJ 08618-1430
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 15 2019 08:18:53      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 15 2019 08:17:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 15 2019 08:18:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13233485        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 15 2019 08:07:20      Cap One,
                 Po Box 85520,    Richmond, VA 23285
13233488        E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20      Discover Financial Services LLC,
                 P.O. Box 15316,    Wilmington, DE 19850
13233487       +E-mail/Text: electronicbkydocs@nelnet.net May 15 2019 08:18:17      Dept Of Education/Neln,
                 121 S 13th St,    Lincoln, NE 68508-1904
13242122        E-mail/Text: mrdiscen@discover.com May 15 2019 08:17:20      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
13233489       +E-mail/Text: bknotification@loandepot.com May 15 2019 08:19:31      LoanDepot,
                 26642 Towne Centre Dr,    Foothill Ranch, CA 92610-2808
13288630        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 15 2019 08:08:10
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13258820        E-mail/Text: bankruptcynotices@psecu.com May 15 2019 08:19:16      PSECU,    PO Box 67013,
                 Harrisburg, PA 17106-7013
13259174        E-mail/Text: electronicbkydocs@nelnet.net May 15 2019 08:18:17      US Department of Education,
                 C/O Nelnet,    3015 South Parker Road Suite 400,    Aurora CO 80014-2904
                                                                                               TOTAL: 11
```

```
                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    PO Box 16408,    St. Paul, MN  55116-0408
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                                       Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: DonnaR              Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: 138NEW           Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    LoanDepot.com agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRAD J. SADEK    on behalf of Debtor Danielle R Harrigan brad@sadeklaw.com,   bradsadek@gmail.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    LoanDepot.com bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              KARINA VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. dba Wells Fargo Dealer Services
               amps@manleydeas.com
              REBECCA ANN SOLARZ    on behalf of Creditor    LoanDepot.com bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    LoanDepot.com tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Danielle R Harrigan
       Debtor(s)                                   Bankruptcy No: 14−10652−amc
                                                   Chapter: 13

_____

### *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑   2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑   3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                               For The Court
                                                               Timothy B. McGrath
                                                                 Clerk of Court

Dated: 5/14/19

                                                                                                             74 − 73
                                                                                             Form 138_new